IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON DUNLAP | : | |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION |
| | : | |
| v. | : | CASE NO. 2:12-CV-00455 |
| | : | |
| HARRISON COUNTY, OHIO, et al., | : | |
| | : | |
| DEFENDANTS. | : | |
| | : | |

**STIPULATED ORDER AND JUDGMENT ENTRY**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in the Settlement Agreement and Release ("Settlement Agreement") submitted to the Court as **Exhibit A** to the Joint Motion.

Having reviewed the Settlement Agreement, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order and Judgment Entry approving the Settlement, the Settlement Agreement, including the payments to Plaintiff and the proposed attorneys' fees and expense reimbursement to Plaintiff's Counsel and finds as follows:

1.  The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the Parties including those under the FLSA, and resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiff's Counsel has informed the Court that they believe the Settlement is fair,

reasonable, and adequate and in the best interests of the Plaintiff. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein. The Court grants final approval of the Settlement as to the Plaintiff.

3. The Court dismisses the claims of Plaintiff with prejudice, and enters final judgment dismissing the Litigation. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**SO ORDERED:**

Dated: 1-15-2013

Edmund A. Sargus
United States District Judge

**SO STIPULATED:**

/s/ Jeffrey A. Stankunas
Jeffrey A. Stankunas, Esq. (0072438)
Trial Counsel
Julia R. Baxter, Esq. (0086648)
**Isaac, Brant, Ledman & Teetor, LLP**
250 East Broad Street, Ste. 900
Columbus, OH 43215
Telephone: 614.221.2121
Facsimile: 614.365.9516
Email: jeffreystankunas@isaacbrant.com
        juliabaxter@isaacbrant.com

*Counsel for Defendants*

/s/ Robert E. DeRose
Robert E. DeRose, Esq. (0055214)
**Barkan Meizlish Handelman
Goodin DeRose Wentz, LLP**
250 East Broad Street, Ste. 900
Columbus, OH 43215
Telephone: 614.221.4221
Facsimile: 614.744.2300
Email: derose@barkanmeizlish.com

*Counsel for Plaintiff*

2